United States District Court
Southern District of Texas
**ENTERED**
May 10, 2021
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Norman R. Eaton, | § | |
| *Plaintiff,* | § | |
| v. | § | CIVIL ACTION 4:21−cv−00058 |
| Transunion, LLC,, et al. | § | |
| *Defendant.* | § | |

## CONDITIONAL DISMISSAL ORDER

The Court has been advised that a settlement has been reached between the parties. Accordingly, it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** to reinstatement of Plaintiff's claims, unless any party represents in writing filed with the Court on or before **July 9, 2021** that the settlement could not be completely documented.

All pending motions are hereby **DENIED, as moot.**

Signed the 10th of May 2021.

George C. Hanks, Jr.
United States District Judge